UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDRICK F. FERRANDO, JR., | No. 2:15-cv-1312 KJN P (TEMP) |
| Plaintiff, | |
| v. | ORDER |
| SOLANO COUNTY JAIL, | |
| Defendant. | |

Plaintiff consented to proceed before a magistrate judge for all purposes. See 28 U.S.C. § 636(c); ECF No. 5. By order filed January 13, 2016, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Thirty days from that date have now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See E.D. Cal. Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: April 21, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ferr1312.fta.consent

1